# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| TurboCode LLC<br><br>*Plaintiff(s)*<br>v.<br><br>ASUSTeK Computer Inc.<br><br>*Defendant(s)* | Civil Action No. 4:21-cv-294 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASUSTeK Computer Inc.
c/o its Registered Agent
CT Corporation System
1999 Bryan Street, STE 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alex Chan
Devlin Law Firm LLC
1526 Gilpin Avenue, Wilmington, DE 19806
(302) 449-9010
achan@devlinlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **4/28/21**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:21-cv-294

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASUSTeK Computer Inc.
was received by me on *(date)* 04/28/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lindsay Barrientez , who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System 1999 Bryan St. Ste 900 Dallas, TX 75201 @ 1:55 p.m. on *(date)* 04/29/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ ____ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 04/29/2021

*Server's signature*

Donna Jo King, Process Server
*Printed name and title*

CPS Companies
P.O. Box 743875
Dallas, TX 75374-3875

*Server's address*

Additional information regarding attempted service, etc: