IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TURBOCODE LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC.,<br><br>Defendant. | Civil Action No. 4:21-cv-00294<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ASUSTEK COMPUTER INC.**<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE that Vinay V. Joshi, California State Bar No. 213487, of Amin Turocy & Watson LLP hereby enters his appearance as counsel of record for Defendant ASUSTeK Computer Inc. in the above-captioned matter.

Dated: August 26, 2021

Respectfully submitted,

*/s/ Vinay V. Joshi*
Vinay V. Joshi (Lead Attorney)
vjoshi@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

*Attorneys for Defendant*
**ASUSTeK Computer Inc.**