**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| TURBOCODE LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:21-cv-00294 |
| v. | § § § | |
| ASUSTEK COMPUTER, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF TURBOCODE LLC'S COMPLAINT UNDER FED. R. CIV. P. 41(B)

Before the Court is Defendant ASUSTeK Computer Inc.'s Motion to Dismiss Plaintiff TurboCode LLC's Complaint Under Fed. R. Civ. P. 41(b). For good cause shown, the Motion is **GRANTED**. It is further ordered that Plaintiff shall reimburse Defendant for attorney fees associated with preparation of the Motion.

**IT IS SO ORDERED.**