UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TURBOCODE LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-294-SDJ |
| | § | |
| ASUSTEK COMPUTER INC. | § | |

# ORDER

Before the Court is Plaintiff TurboCode LLC's Notice of Partial Voluntary Dismissal "pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i)." (Dkt. #6). Because such dismissal is improper, TurboCode's Notice is hereby **STRICKEN.**

As the Fifth Circuit has clearly stated, a Rule 41(a) dismissal "only applies to the dismissal of an entire action-not particular claims." *Bailey v. Shell W. E&P, Inc.,* 609 F.3d 710, 720 (5th Cir. 2010). The Fifth Circuit has restated this rule as recently as 2020. *See CBX Res., L.L.C. v. ACE Am. Ins.* Co., 959 F.3d 175, 177 (5th Cir. 2020), cert. denied, 141 S. Ct. 1372, 209 L. Ed. 2d 119 (2021)("Rule 41(a) should not be available to dismiss only some claims a plaintiff has against a defendant."); *Williams v. Seidenbach,* 958 F.3d 341, 344 (5th Cir. 2020) ("Rule 41(a) allows plaintiffs to voluntarily dismiss 'an action.'").

Accordingly, TurboCode LLC's Notice of Partial Voluntary Dismissal, (Dkt. #6), is hereby **STRICKEN.**

**So ORDERED and SIGNED this 19th day of January, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE