UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TURBOCODE LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-294-SDJ |
| | § | |
| ASUSTEK COMPUTER INC. | § | |

**ORDER**

Before the Court is the Joint Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2), (Dkt. #35), in which the parties seek to dismiss all claims and counterclaims in this action without prejudice. Having reviewed the motion, the Court concludes that it should be **GRANTED**.

Therefore, it is hereby **ORDERED** that the Joint Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2), (Dkt. #35), is **GRANTED**. It is further **ORDERED** that all claims and counterclaims in this action are **DISMISSED without prejudice**.

The Clerk will terminate and close this civil case.

**So ORDERED and SIGNED this 26th day of May, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE